# EXHIBIT A

# America

*Inside the*

## WHITE HOUSE
## CONFERENCE

Neil G. McCluskey

## COMMUNISTS and the
## SUPREME COURT

Joseph Small

December 17, 1955                    20 cents

# America

## So You're Moving to Suburbia



Donald R. Campion
and Dennis Clark

20 cents     April 21, 1956

# America

## Woodrow Wilson
## 1856–1956

*Francis G. Wilson*



*BABY DOLL*

BOOK REVIEWS

TELEVISION NOTES

"BROOKLYN TO HEAVEN"

20 cents

December 15, 1956

# America

## Profile of Washington

*by Wilfrid Parsons*



... and a report on the
mood of the South
*by Stephen P. Ryan*

June 15, 1957          20 cents

March 1, 1958

# America

## War or Peace in Detroit?

*Benjamin L. Masse*



*WIRETAPPING*

*THIS RECESSION*

*PUBLIC RELATIONS*

*CATHOLIC LEADERS*

*SHORT WORKWEEK*

20 cents

May 10, 1958

# America



## Progress in Vietnam

*by Francis J. Corley*

## On Reading Joyce

*by John Devlin*

## Pure Research

*by Gerald T. Hughes*

20 cents

*CHILDREN'S BOOKS ISSUE*

# America



## That American Way

*by Walter J. Ong*

November 22, 1958

20 ¢

*EDUCATION CONVENTION ISSUE*

# America

## John Dewey and Progressivism

*by Neil G. McCluskey*

## The Classroom Shortage

*by Roger A. Freeman*

## On Questioning Senator Kennedy

*A State of the Question*



April 4, 1959

20 cents



December 5, 1959

# America

## Should Men Hang?

*by Donald R. Campion*

25 cents

July 2, 1960

# America

## State Department Spokesman

*by Robert Pell*



A New Congo is Born  •  After the Japanese Debacle
Chile's Agony  •  Mansei Eischenauer  •  Youth Corps
Toward Peace in Algeria  •  Closing in on Castro

25 cents

November 19, 1960

# America



hapgood

25 cents



# AMERICA

TWENTY-FIVE CENTS

MARCH 17, 1962

## the war that can be

STEFAN T. POSSONY



# The Why of Space Programs
by L. C. McHugh

# AMERICA

FEBRUARY 23, 1963

TWENTY-FIVE CENTS



*Cancer*

ENGLAND WARNS ITS YOUTH

ROBERT L. DEAN



# AMERICA

JULY 20, 1963

TWENTY-FIVE CENTS

POVERTY, U.S.A.

Benjamin L. Masse, S. J.

# AMERICA

FEBRUARY 1, 1964

THIRTY CENTS



# Racial
# Balance
# in Schools



# AMERICA

JANUARY 2, 1965

THIRTY CENTS



## CON·SOL·I·D·ATE

1. To combine into one; merge; unite.

2. To make or become solid, strong, or stable.

Webster's New World Dictionary

# WHAT IT MEANS IN THE FIGHT FOR CIVIL RIGHTS

**WILLIAM GREMLEY**





# AMERICA

June 18, 1966   Thirty-Five Cents

The Problems
of Peacemaking

Whose fault is it?

## The
Automobile
Smashup

Ross A. Webber

# AMERICA

**HARLEM'S IMMORTAL FIVE PER CENT**
Thomas M. Gannon



# SATELLITE COMMUNICATIONS:

## The need for international ground rules

Neil P. Hurley

# AMERICA

June 10, 1967  Thirty-Five Cents

Management Systems
in the Church
by Patrick M. O'Meara

## A NEW APPROACH TO AUTO INSURANCE

Jeffrey O'Connell, an authority
on automobile insurance and law,
proposes a way to settle
auto accident claims in weeks
instead of years



# AMERICA

June 1, 1968  Thirty-Five Cents

U.S. Priests Vote
a Constitution
DANIEL L. FLAHERTY

Urban
Violence:

An
American
Institution

by Dennis Clark

# AMERICA

November 2, 1968  Thirty-Five Cents

Your Vote and
the Next President
An Editorial

# Interviews
# with
# Richard M. Nixon
# and
# Hubert H. Humphrey